UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LISA ANN WEISS,**

       **Plaintiff,**                     **CASE NO. 8:18-cv-01796-T-33-AEP**

vs.

**CAPITAL ONE BANK (USA), N.A.,**

       **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                Respectfully submitted,

                /s/ *Jon Dubbeld*_____
                Jon P. Dubbeld, Esq.
                Fla. Bar No. 105869
                Berkowitz & Myer
                4900 Central Ave
                St. Petersburg, Florida 33707
                Telephone: (727) 344-0123
                Jon@berkmyer.com